# UNITED STATES DISTRICT COURT
for the

_____ District of New Jersey

| United States of America | ) |
|---|---|
| v. | ) |
| Johnsy Agosto | ) Case No: 02-581 |
| | ) USM No: |
| Date of Previous Judgment: _____ | ) Chester Keller - AFPD |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

☐ **DENIED.**   ☐ **GRANTED** and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __135__ months **is reduced to** __120 months__.

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)
Previous Offense Level: __31__   Amended Offense Level: __29__
Criminal History Category: __III__   Criminal History Category: __III__
Previous Guideline Range: __135__ to __168__ months   Amended Guideline Range: __120__ to __135__ months

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

### III. ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated __31 Mar 2003__ shall remain in effect.
**IT IS SO ORDERED.**
Order Date: __4 June 2008__

Judge's signature

Effective Date: _____
(if different from order date)                               Printed name and title