# UNITED STATES DISTRICT COURT

District of New Jersey

| | |
|---|---|
| Chambers of<br>**William H. Walls**<br>Senior District Judge<br>_____<br><br>(973) 645-2564<br>(973) 645-3436 Fax | Martin Luther King Jr.<br>Federal Courthouse<br>50 Walnut Street<br>Newark, New Jersey 07102 |

<u>NOT FOR PUBLICATION</u>

<u>LETTER ORDER</u>

<u>ORIGINAL ON FILE WITH CLERK OF COURT</u>

May 6, 2010

**Appearances:**

Andrew D. Kogan
Assistant U.S. Attorney
Office of the U.S. Attorney
970 Broad Street, Room 702
Newark, NJ 07102

Johnsy Agosto, # 245882-050
Federal Correctional Institution Elkton
P.O. Box 10
Lisbon, OH 44432

    Re:    **Johnsy Agosto v. United States**
              **Crim. No. 02-581 (WHW)**

Dear Parties:

      On December 9, 2009, Johnsy Agosto moved this Court to reduce his sentence if and when the Fairness in Cocaine Sentencing Act of 2009, H.R. 3245, is passed. He writes: "In light of the anticipated passage of H.R. 3245, which is expected to impact tens of thousands of federal inmates, I'm filing this motion to prevent delay in obtaining relief once the 1 to 1 crack ratio bill is passed."

# UNITED STATES DISTRICT COURT

### District of New Jersey

| | |
|---|---|
| Chambers of<br>**William H. Walls**<br>Senior District Judge<br>_____<br><br>(973) 645-2564<br>(973) 645-3436 Fax | Martin Luther King Jr.<br>Federal Courthouse<br>50 Walnut Street<br>Newark, New Jersey 07102 |

This motion is dismissed without prejudice as premature. If and when the bill in question becomes law, Mr. Agosto may renew his motion. Until then, the matter before the Court is unripe.

IT IS on this 6th day of May, 2010:

ORDERED that Johnsy Agosto's Motion to Reduce Sentence is DISMISSED without prejudice.

May 6, 2010                                                              **/s William H. Walls**
                                                                                      United States Senior District Judge

cc:     All counsel of record (by CM/ECF)
         Johnsy Agosto (by USPS)